1

2

3

4

5

6

7

8                        IN THE UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ALFREDO J. MONTEON,

11                Petitioner,                    2:07-cv-0669-GEB-EFB-P

12        vs.

13   BOARD OF PAROLE HEARINGS,
     et al.,
14
                  Respondents.            ORDER
15
     _____/
16

17            Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of

18   habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States

19   Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

20            On February 21, 2008, the magistrate judge filed findings and recommendations

21   herein which were served on all parties and which contained notice to all parties that any

22   objections to the findings and recommendations were to be filed within fourteen days.  Neither

23   party has filed objections to the findings and recommendations.

24            The court has reviewed the file and finds the findings and recommendations to be

25   supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

26   ORDERED that:

                                              1

1                    1.  The findings and recommendations filed February 21, 2008, are adopted in

2  full;

3                    2.  Respondent's August 8, 2007, motion to dismiss is granted; and

4                    3.  Petitioner is granted leave to file an amended petition within thirty days raising

5  only his exhausted claims.

6  Dated:  March 25, 2008

7

8                                                        _____
                                                        GARLAND E. BURRELL, JR.
9                                                        United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26