IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALFREDO J. MONTEON,

    Petitioner,               No. CIV S-07-0669 GEB EFB P

vs.

BOARD OF PAROLE HEARINGS, et al.,

    Respondents.            ORDER

_____/

      Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. On March 25, 2008, the court granted respondent's motion to dismiss and gave petitioner leave to file an amended petition raising only his exhausted claim. Petitioner has filed an amended petition.

      Accordingly, IT IS HEREBY ORDERED that:

      1. Respondent shall file and serve an answer or motion responding to the application within 60 days from the date of this order. *See* Rule 4, Fed. R. Governing § 2254 Cases. An answer shall be accompanied by any and all transcripts or other documents relevant to the determination of the issues presented in the application. *See* Rule 5, Fed. R. Governing § 2254 Cases.

2. If the response is an answer, petitioner's reply, if any, shall be filed and served within 30 days of service of an answer.

3. If the response is a motion, petitioner's opposition or statement of non-opposition shall be filed and served within 30 days of service of the motion. Respondent shall have 15 days to file and serve a reply to any opposition.

Dated:   December 4, 2008.

/s/ Edmund F. Brennan
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE